THEARD et al. *v.* PRIEUR, Recorder of Mortgages, et al.

The purchaser at a judicial sale is bound for nothing beyond the price of the adjudication, and the sheriff is bound, after applying the price as the law directs, to give him a release from subsequent mortgages of every description. In this respect there is no difference between general and special mortgages. C. P. 708.

APPEAL from the Parish Court of New Orleans, *Maurian*, J. *Le Gardeur*, for the appellant, relied on the cases of *Fortier* v. *Slidell* (7 Robinson, 398), and *Lagourgue* v. *Summers* (8 Ibid.), and on arts. 707, 708 of the Code of Pract. *De Courmont* on the same side.

*A. Bodin*, for Allard. *Roselius* for the Recorder of Mortgages.

The judgment of the court was pronounced by

KING, J. This appeal is from a judgment of the Parish Court, rendered upon a rule taken by *Theard, Escoffier* and *McCarty*, purchasers each of property at a sheriff's sale, and *D. Augustin*, sheriff of the Parish of Orleans, upon the Recorder of Mortgages and others, to show cause why the mortgages upon the adjudicated property, posterior to those of the suing creditor, should not be cancelled and erased.

After the proceeds of the property sold had been applied, first to the extinction of the mortgage of the suing creditor, and secondly in part payment of the special mortgage next in rank, there remained unsatisfied a special mortgage in favor of *Escoffier*, and a general mortgage resulting from a judgment in favor of *Allard*. But these mortgagees were made parties to the rule.

The court below directed that the special mortgage should be erased, but refused a similar order with respect to the general mortgage. Of the latter part of this judgment the appellants, *Theard* and *Escoffier*, complain.

With reference to the duty of the sheriff to release mortgages subsequent to that under which the property has been sold, the law establishes no distinction between those which are special and those which are general. The purchaser is bound for nothing beyond the price of his adjudication, and the sheriff is required, after applying that price as the law directs, to give him a release from subsequent mortgages of every description. Code of Pract. art. 708. *Fortier* v. *Slidell*. 7 Robinson, 398. *Lagourgue* vs. *Summers* 8 Ibid.

It is, therefore, ordered that the judgment of the Parish Court be affirmed so far as it directs the special mortgage in favor of *Escoffier* on the property adjudicated to be released and erased, and that in other respects said judgment be annulled and reversed.   It is further ordered, that the general mortgage of *Allard* upon said property be cancelled and erased; and that the Recorder of Mortgages pay the costs of both courts.